

# UNITED STATES DISTRICT COURT
for the
District of

Division

FILED / RECEIVED / LODGED / COPY
JUL 14 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Case No. CV-22-00309-TUC-RM
*(to be filled in by the Clerk's Office)*

Demario Lashun: Hankins, In Propria Persona

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jaidan Rosane d/b/a AZ 1st Realty Management LLC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Demario Lashun: Hankins, In Propria Persona |
| Street Address | Care of 12112 North Rancho Vistoso Boulevard |
| City and County | Near [Oro Valley, Pima] |
| State and Zip Code | [Arizona 85755] |
| Telephone Number | 520-442-1476 |
| E-mail Address | tribalsecurities@protonmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: Jaidan Rosane d/b/a AZ 1st Realty Management LLC
    Job or Title *(if known)*: Lessor
    Street Address: 405 E. Wetmore Road #117-523
    City and County: Tucson, Pima County
    State and Zip Code: Arizona, 85705
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 2

    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 3

    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 4

    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*: home@azfirst.com

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FRCP Rule 4 Summons (2) Federal Claim outside State-court Jurisdiction, (B) exercising jurisdiction is consistent with the United States of America Constitution and laws of Citizens of a Foreign State- Morocco/American Nationals.

AMER'ICAN., noun A native of America; originally applied to the aboriginals, or copper-colored races, found here by the Europeans; but now applied to the descendants of Europeans born in America. – Webster's 1828 American Dictionary of the English Language

28 USC 1332 -Diversity of Citizenship

Article III, Section 2, Clause 1of the Republic Constitution - Foreign State of Morocco, Treaty of Peace and Friendship of 1787 between Empire of Morocco and the United States

Article VI of the Republic Constitution for the United States of America

Article 1, Section 10, Clause 1 of the Republic Constitution for the United States of America

18 USC 8

12 USC 411

Amendment IV of the Republic Constitution for the United States of America

Declaration of Independence, "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness"

Bill of Rights

Public Law 856, signed August 1ST, 1956.

Under 42 U.S.C. 1437d(k), a housing authority is generally required to provide a public housing tenant with the opportunity for an administrative hearing before commencement of eviction proceedings in court.

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Demario Lashun: Hankins, In Propria, is a citizen of the State of *(name)* Morocco.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* n/a, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Jaidan Rosane, is a citizen of the State of *(name)* United States. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* d/b/a AZ 1st Realty Management, is incorporated under the laws of the State of *(name)* Arizona, and has its principal place of business in the State of *(name)* Arizona. Or is incorporated under the laws of *(foreign nation)* Arizona, and has its principal place of business in *(name)* Tucson, Arizona.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   $100,000.00 in lawful money (CREDIT)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Hate crime is being intentionally inflicted on me and my family, harassment, and discrimination. A violation of due process of law (Fifth and Fourth Amendment, and 42 USC 1437d(k)). I've essentially been evicted without any notices in the mail. The property managers have disconnected natural resources i.e. utilities and my food is spoiling. Deception lease agreement, false and misleading, unconscionable contract. Impersonating as creditors of the United States. See attached "Noticeof Liability/Notice of Intent" and "Notice of False Representation and Unconscionable Contract/Deception Form" sent to Agents. An emergency order is needed to restore natural resources immediately.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

This is hate crime and act of GENOCIDE to myself and family and children are involved. We have all been impacted. Our food has spoiled in over 100 degree weather. No warm water to shower. I asks that they restore the natural resources immediately i.e. utilities, stop harassing me, remove the unconscionable clause in the contract and terminate the lease without penalty and $100,000.00 in lawful money (CREDIT) for pain, suffering in 100 degree weather, intentional infliction of emotional distress for myself and my family, sitting in the dark, deception lease agreement. The management offered me a maintenance agreement with hidden fees, and undisclosed terms. Gave me a unit that was infested with pests, damaged and broken appliances, and unlivable at this point. I asks that Jaidan Rosane d/b/a AZ 1st Realty Management, LLC covers my costs to relocate and punitive damages herein as I no longer wish to allow AZ 1st Realty Management, LLC to draw from my security provided to them (Social Security/ITIN).

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/13/2022

Signature of Plaintiff: *Without Prejudice, Demario Lashun: Hankins, Beneficiary, UCC1-308*

Printed Name of Plaintiff: Demario Lashun: Hankins

### B. For Attorneys

Date of signing: n/a

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |